NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN BROWN (DOING BUSINESS AS LOOKING GLASS PHOTOGRAPHY),**
*Plaintiff-Appellee,*

v.

**SUBURBAN LIFE PUBLISHING, LLC (DOING BUSINESS AS SUBURBAN LIFE PUBLISHING GROUP),**
*Defendant-Appellant.*

---

2012-1239

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-0245, Judge Petrese B. Tucker.

---

## ORDER

Andrew Cotlar moves to permit his entry of appearance nunc pro tunc solely for the purpose of filing a motion to quash and/or dismiss the current appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**MAY 0 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Andrew D. Cotlar, Esq.
     Michael J. Brooks, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 1 2012

**JAN HORBALY**
**CLERK**